UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDMUNDO GARCIA,

                    Plaintiff,

          v.

VIP PIZZA CORP. d/b/a Gios Pizza and
Restaurant, and PERISA VUCELJIC,

                    Defendants.

No. 25-CV-8401 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 18, 2025, Plaintiff filed two affidavits of service stating that both Defendants VIP Pizza Corp. d/b/a/ Gios Pizza and Restaurant and Perisa Vuceljic were served on December 4, 2025. Neither Defendant has appeared, answered, or otherwise responded to the Amended Complaint. Defendants shall do by March 4, 2026. If Defendants fail to do so, and Plaintiff intends to move for default judgment, he shall do so by March 18, 2026.

Plaintiff shall serve a copy of this Order on Defendants by February 23, 2026 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    February 18, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge