UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---X

EDMUNDO GARCIA,

Plaintiff,

-against-

VIP PIZZA CORP.
(DBA GIO'S PIZZA AND RESTAURANT),
and VUCELJIC PERISA, individually,

Defendants.

---X

Case No.
1:25-cv-08401 (SDA)

**~~[PROPOSED]~~ JUDGMENT**

WHEREAS, on August 11, 2026, Defendants VIP Pizza Corp. (DBA Gio's Pizza and Restaurant) and Vuceljic Perisa, individually, served upon Plaintiff Edmundo Garcia an Offer of Judgment dated August 11, 2026, pursuant to Rule 68 of the Federal Rules of Civil Procedure, offering to allow judgment to be taken against them by Plaintiff in the total sum of Twelve Thousand Dollars and Zero Cents ($12,000.00), inclusive of reasonable attorneys' fees, costs, and expenses through the date of the Offer of Judgment; and

WHEREAS, on August 11, 2026 Plaintiff timely served written notice of acceptance of the Offer of Judgment pursuant to Rule 68(a) of the Federal Rules of Civil Procedure; and

WHEREAS, the Offer of Judgment, Plaintiff's Notice of Acceptance, and proof of service thereof have been filed with the Court;

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff Edmundo Garcia and against Defendants VIP Pizza Corp. (DBA Gio's Pizza and Restaurant) and Vuceljic Perisa, individually, in the total sum of Twelve

Thousand Dollars and Zero Cents ($12,000.00), inclusive of reasonable attorneys' fees, costs, and expenses through the date of the Offer of Judgment.

Dated: New York, New York
August 14, 2026

SO ORDERED:

Hon. Stewart D. Aaron, U.S.M.J.